STATE OF MISSOURI, Respondent, v. DANIEL WOODS, Appellant.

St. Louis Court of Appeals, January 2, 1894.

Criminal Law: EFFECT OF DEATH OF DEFENDANT PENDING AN APPEAL. The death of a person, convicted of a misdemeanor, pending an appeal by him to this court abates further proceedings in the cause. In such case, on sufficient evidence of the death, this court will dismiss the appeal to enable the trial court to make proper entries for the disposition of the cause.

*Appeal from the New Madrid Circuit Court.*—HON. H. C. O'BRYAN, Judge.

APPEAL DISMISSED.

*Robert Rutledge* for appellant.

*James V. Conran,* Prosecuting Attorney, for respondent.

ROMBAUER, P. J.—The defendant in this case was convicted of the offense of petit larceny and fined $50. He appealed from the judgment on March 21, 1891, to this court, but died shortly afterward, and hence never prosecuted his appeal. His surety upon the recognizance now appears and suggests that the defendant is dead, and supports the suggestion with a number of affidavits to that effect. The surety further suggests that, as the order of appeal stands unrevoked in the trial court, no final disposition can be made of the cause there, unless the appeal is first dismissed by us.

It was decided in *State v. Hale's Adm'r*, 56 Mo. 602, that, where a person convicted of a misdemeanor dies pending his appeal, his death abates any further proceedings in the cause. In order to enable the circuit court of New Madrid county to cause the necessary entries to that effect to be made, it is ordered that the appeal herein be dismissed. All the judges concur.

